**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) CUDD PRESSURE CONTROL, INC.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v  )<br>  )<br>(1) NEW HAMPSHIRE INSURANCE  )<br>COMPANY and  )<br>(2) NATIONAL UNION FIRE INSURANCE  )<br>COMPANY OF PITTSBURGH, PA  )<br>  )<br>  Defendants.  ) | Case No. CIV-12-1178-D |

**NOTICE OF APPEAL**

Notice is hereby given that Cudd Pressure Control, Inc., plaintiff in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from the Order of this Court dated June 16, 2014 granting summary judgment to Defendants, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA (Dkt. 142) and the Judgment in favor of Defendants also dated June 16, 2012.  (Dkt. 143).

1

All of which is respectfully submitted,


 s/ Larry G. Cassil, Jr.
Richard E. Hornbeek, OBA # 10855
Larry G. Cassil, Jr., OBA #14694
B. Taylor Clark, OBA #22524
HORNBEEK VITALI & BRAUN P.L.L.C.
3711 N. Classen Blvd.
Oklahoma City, OK 73118
Hornbeek@hvblaw.com
Cassil@hvblaw.com
Clark@hvblaw.com
(405) 236-8600 Telephone
(405) 236-8602 Facsimile

*Attorneys for Plaintiff,*
*Cudd Pressure Control, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of July, 2014, I electronically transmitted this document to the Clerk of Court using the ECF System. Based on the records on file, the Clerk of this Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ms. Ellen Van Meir
Ms. Linda M. Szuhy
Mr. Eric K. Bowers
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
evanmeir@thompsoncoe.com
lszuhy@thompsoncoe.com
ebowers@thompsoncoe.com

*Attorneys for Defendants*

                                            s/ Larry G. Cassil, Jr.
                                            Larry G. Cassil, Jr.